IGNACIO E. SALCEDA, State Bar No. 164017
BENJAMIN M. CROSSON, State Bar No. 247560
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: isalceda@wsgr.com
bcrosson@wsgr.com

Attorneys for Antonio J. Gracias

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEONARD STASTNY, derivatively on behalf of SOLARCITY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LYNDON RIVE, PETER RIVE, ELON MUSK, JOHN H.N. FISHER, DONALD R. KENDALL, JR., NANCY E. PFUND, JONATHAN K. SHULKIN, JEFFREY B. STRAUBEL, BENNET VAN DE BUNT AND ANTONIO J. GARCIAS,<br><br>Defendants,<br><br>and<br><br>SOLARCITY CORPORATION,<br><br>Nominal Defendant. | CASE NO.: 3:14-cv-02820-EDL<br><br>(Santa Clara County Superior Court Case No. CIV529018)<br><br>**STIPULATION AND [PROPOSED] ORDER REMANDING TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN MATEO** |

Plaintiff Leonard Stastny and Defendant Antonio J. Gracias, by and through their respective counsel of record, hereby jointly stipulate to remand this action to the Superior Court of the State of California for the County of San Mateo, as follows:

WHEREAS, Plaintiff Leonard Stastny filed his complaint in this action on June 11, 2014 in the Superior Court of the State of California for the County of San Mateo, Case Number CIV 529018;

WHEREAS, on June 18, 2014, Defendant Antonio Gracias, a resident of Illinois, filed a notice of appearance in this action and accepted service of the complaint;

WHEREAS, Defendant Gracias subsequently removed this action to the United States District Court, Northern District of California, by filing a Notice of Removal on June 18, 2014 at 3:59 p.m. This Notice of Removal was based upon apparent diversity of citizenship and the belief that, as of the date and time of filing the Notice, no defendant other than Defendant Gracias had been served with the complaint. Removal was therefore proper under diversity of citizenship because no defendant who had been "properly joined *and served*" was a citizen of California. *See* 28 U.S.C. § 1446(b) (emphasis added);

WHEREAS, Counsel for Defendant Gracias subsequently learned that Nominal Defendant SolarCity Corporation, which is headquartered in San Mateo County, California, was in fact served with the Complaint at 2:30 p.m. on June 18, 2014, prior to Defendant Gracias filing his Notice of Removal;

WHEREAS, Counsel for Plaintiff and Gracias have conferred and agree that, based upon service of the Complaint on SolarCity, removal was improper and that this court thus lacks subject matter jurisdiction.

NOW, THEREFORE, Plaintiff and Gracias, by and through the undersigned counsel, hereby stipulate and agree, subject to the Court's approval, that it is appropriate to remand this action back to the Superior Court of the State of California for the County of San Mateo.

Dated: June 27, 2014

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /S/ Ignacio E. Salceda
Ignacio E. Salceda

*Attorneys for Antonio J. Gracias*

GREEN & NOBLIN, P.C.

Dated: June 27, 2014

By: /S/ Robert S. Green
Robert S. Green

*Attorneys for Plaintiff Leonard Stastny*

**ORDER**

In light of and pursuant to joint stipulation, it is hereby ORDERED that this case is REMANDED to the Superior Court of California for the County of San Mateo.

Dated: ____________

______________________________
HON. ELIZABETH D. LAPORTE
UNITED STATES DISTRICT
MAGISTRATE JUDGE

## ATTESTATION

I, Ignacio E. Salceda, am the ECF User whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER REMANDING TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN MATEO. I hereby attest that each of the signatories above has concurred in this filing.

Dated: June 27, 2014

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /S/ Ignacio E. Salceda
Ignacio E. Salceda

*Attorneys for Antonio J. Gracias*