IGNACIO E. SALCEDA, State Bar No. 164017
BENJAMIN M. CROSSON, State Bar No. 247560
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: isalceda@wsgr.com
       bcrosson@wsgr.com

Attorneys for Antonio J. Gracias

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEONARD STASTNY, derivatively on behalf of SOLARCITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> LYNDON RIVE, PETER RIVE, ELON MUSK, JOHN H.N. FISHER, DONALD R. KENDALL, JR., NANCY E. PFUND, JONATHAN K. SHULKIN, JEFFREY B. STRAUBEL, BENNET VAN DE BUNT AND ANTONIO J. GARCIAS, <br><br> Defendants, <br><br> and <br><br> SOLARCITY CORPORATION, <br><br> Nominal Defendant. | CASE NO.: 3:14-cv-02820-EDL <br><br> (Santa Clara County Superior Court Case No. CIV529018) <br><br> STIPULATION AND [~~PROPOSED~~] ORDER REMANDING TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN MATEO |

STIPULATION AND [~~PROPOSED~~] ORDER
REMANDING TO SAN MATEO COUNTY
CASE NO. 3:14-CV-02820-EDL

1   Plaintiff Leonard Stastny and Defendant Antonio J. Gracias, by and through their
2   respective counsel of record, hereby jointly stipulate to remand this action to the Superior Court
3   of the State of California for the County of San Mateo, as follows:
4   WHEREAS, Plaintiff Leonard Stastny filed his complaint in this action on June 11, 2014
5   in the Superior Court of the State of California for the County of San Mateo, Case Number CIV
6   529018;
7   WHEREAS, on June 18, 2014, Defendant Antonio Gracias, a resident of Illinois, filed a
8   notice of appearance in this action and accepted service of the complaint;
9   WHEREAS, Defendant Gracias subsequently removed this action to the United States
10  District Court, Northern District of California, by filing a Notice of Removal on June 18, 2014 at
11  3:59 p.m. This Notice of Removal was based upon apparent diversity of citizenship and the
12  belief that, as of the date and time of filing the Notice, no defendant other than Defendant
13  Gracias had been served with the complaint. Removal was therefore proper under diversity of
14  citizenship because no defendant who had been "properly joined *and served*" was a citizen of
15  California. *See* 28 U.S.C. § 1446(b) (emphasis added);
16  WHEREAS, Counsel for Defendant Gracias subsequently learned that Nominal
17  Defendant SolarCity Corporation, which is headquartered in San Mateo County, California, was
18  in fact served with the Complaint at 2:30 p.m. on June 18, 2014, prior to Defendant Gracias
19  filing his Notice of Removal;
20  WHEREAS, Counsel for Plaintiff and Gracias have conferred and agree that, based upon
21  service of the Complaint on SolarCity, removal was improper and that this court thus lacks
22  subject matter jurisdiction.
23  NOW, THEREFORE, Plaintiff and Gracias, by and through the undersigned counsel,
24  hereby stipulate and agree, subject to the Court's approval, that it is appropriate to remand this
25  action back to the Superior Court of the State of California for the County of San Mateo.

STIPULATION AND [PROPOSED] ORDER     -1-
REMANDING TO SAN MATEO COUNTY
CASE NO. 3:14-cv-02820-EDL

| | |
|---|---|
| Dated: June 27, 2014 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>By: /S/ Ignacio E. Salceda<br>    Ignacio E. Salceda<br><br>*Attorneys for Antonio J. Gracias* |
| Dated: June 27, 2014 | GREEN & NOBLIN, P.C.<br><br>By: /S/ Robert S. Green<br>    Robert S. Green<br><br>*Attorneys for Plaintiff Leonard Stastny* |

## ORDER

In light of and pursuant to joint stipulation, it is hereby ORDERED that this case is REMANDED to the Superior Court of California for the County of San Mateo.

Dated: July 1, 2014

_____
HON. ELIZABETH D. LAPORTE
UNITED STATES ~~DISTRICT~~ CHIEF MAGISTRATE JUDGE

STIPULATION AND ~~[PROPOSED]~~ ORDER        -2-
REMANDING TO SAN MATEO COUNTY
CASE NO. 3:14-CV-02820-EDL