FILED
SEP 09 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
15.522.2000

FILED
SAN MATEO COUNTY
JUL 17 2014
Clerk of the Superior Court
By ____ DEPUTY CLERK

July 7, 2014

San Mateo County Superior Court
400 County Center
Redwood City, CA 94063

RE: CV 14-02820 EDL LEONARD STASTNY-v-LYNDON RIVE ET AL
Your Case Number: (CIV 529018)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(x) Certified copies of docket entries

(x) Certified copies of Remand Order

() Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Maria Loo
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg